# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

July 15, 2016

SUNTRUST MORTGAGE
PO BOX 27767 BKRY DEPT RVW 3034
RICHMOND, VA23261

# FINAL NOTICE

Chapter 13 Case No.: 11-45646-WJL13
Re: Thomas J Gimbel & Valerie J Mcdaniel

We received a notification regarding claim #12 filed by SUNTRUST MORTGAGE, stating: Loan was charged off by Suntrust and has a zero balance".

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Elliott Abrams Atty, 2033 N Main St #750, Walnut Creek, CA  94596

Suntrust Mortgage Inc., 1001 Semmes Avenue, Richmond, VA  23224

Suntrust Mortgage, Po Box 27767 Bkry Dept Rvw 3034, Richmond, VA  232617767

Thomas J Gimbel & Valerie J Mcdaniel, 1782 La Calle, Concord, CA  94521